```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12451
   RANDY COHEN
   VANESA M COHEN                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9193      SSN XXX-XX-9974
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/01/06 and confirmed on 01/22/07.

   2.  The case was dismissed after confirmation, 09/21/2007.

   3.  The Debtor paid a total of $   3009.36 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACTIVITY COLLECTION SVC | UNSECURED | 178.48 | .00 | .41 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 39745.42 | .00 | 89.71 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FREEDOM CARD GOLD MASTER | UNSECURED | 644.77 | .00 | 1.46 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3272.88 | .00 | 7.39 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST HUDSON LEASING | UNSECURED | 3734.60 | .00 | 8.43 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 233.86 | .00 | .53 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9175.41 | .00 | 20.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8139.15 | .00 | 18.37 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| OFFICE OF STATE'S ATTORN | UNSECURED | .00 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 84746.94 | .00 | 191.28 |
| AFNI/VERIZON | UNSECURED | 2279.42 | .00 | 5.15 |
| WEST SUBURBAN BANK | UNSECURED | .00 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 9412.36 | .00 | 21.25 |

```
RESURGENCE FINANCIAL       UNSECURED        4347.57         .00         9.82
ILL STATE TOLL HIWAY AUT   UNSECURED       17217.95         .00        43.05
ROUNDUP FUNDING LLC        UNSECURED       22395.53         .00        50.55
BECKET & LEE LLP           UNSECURED       14319.74         .00        32.31
ILLINOIS STUDENT ASSIST    UNSECURED        4858.82         .00        10.97
       Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY     UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     224702.90        .00    224702.90
PRINCIPAL PAID          .00          .00        511.39        .00        511.39
INTEREST PAID           .00          .00           .00        .00           .00
TOTAL PAID              .00          .00        511.39        .00        511.39
```

The Debtor's attorney, JOSEPH P DOYLE                    , was allowed $   3000.00
and was paid $    646.00   direct and $   2354.00   through the plan.

The Trustee received $    143.97 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                      /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                             PAGE   2
           CASE NO. 06 B 12451 RANDY COHEN & VANESA M COHEN